IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CAUSE NO. 1:16-cv-00370

TIMOTHY H. CHAPMAN, as
Administrator of the Estate of
ALMA P. CHAPMAN                                                    Plaintiff

v.

SSC CONCORD OPERATING
COMPANY LLC (dba "Brian Center
Health & Retirement/Cabarrus"), a
Delaware Limited Liability Company                               Defendant

---

## NOTICE OF CASE RESOLUTION

---

        COME NOW the parties, Timothy H. Chapman, as Administrator of the Estate of Alma P.

Chapman, by and through counsel, and SSC Concord Operating Company d/b/a Brian Center

Health and Retirement/Cabarrus, by and through counsel, in the above styled cause of action and

notify the Court that this matter settled during mediation which was held on March 23, 2017, and the

parties would further state as follows:

        1.      The parties are in the process of finalizing the terms of the settlement agreement and

release.

        2.      The parties anticipate the settlement to be finalized on or before May 8, 2017, at which

time a joint stipulation of dismissal and proposed Order will be filed for the Court's consideration.

        3.      That this matter can be removed from the Court's January 18, 2018, trial docket.

Respectfully submitted this, the 10th day of April, 2017.

PLEASANT LAW, PLLC                HAGWOOD ADELMAN TIPTON PC

BY: */s/ Thomas W. Pleasant*          BY: * /s/ Michael E. Phillips*

      Thomas W. Pleasant (NCBN 28480)       Michael E. Phillips (NCBN 45198)

                                   Carl Hagwood (NCBN 43919)

                                      *Attorneys for Defendant*

LAW OFFICE OF DAVID PISHKO, P.A.

BY: */s/ Anna Kalarites*

      Anna Kalarites (NCBN 47849)

      *Attorneys for Plaintiff*


## **CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this day served the foregoing document on all of the parties to this cause by:

\_\_\_\_\_ Hand delivering a copy hereof to each party's attorney as listed below

\_\_\_\_\_ Depositing a copy hereof, postage paid, in the United States Mail, addressed to each party's attorney as listed below

\_\_\_\_\_ Depositing a copy hereof with a nationally recognized overnight courier service, for overnight delivery, addressed to each party's attorney as listed below

\_\_\_\_\_ Telecopying a copy hereof to each party's attorney as listed below

\_\_\_\_\_ Electronically filing a copy of hereof with the Court's electronic case filing system which will send electronic mail notification of the filing of the foregoing document to each party's attorney as listed below

 X   Sending via electronic mail to each party's attorney as listed below

            David Pishko (david@davidpishko.com)

            Anna Kalarites (anna@davidpishko.com)

            Law Office of David Pishko, P.A.

            100 North Cherry Street, Suite 510

            Winston-Salem, NC   37101

2

Thomas W. Pleasant (twp@pleasantlaw.com)
Pleasant Law, PLLC
P.O. Box 565
Wrightsville Beach, NC   28480

This, the 10th day of April, 2017.

_/s/ Michael E. Phillips_
Michael E. Phillips