IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CAUSE NO. 1:16-cv-00370

| | |
|---|---|
| TIMOTHY H. CHAPMAN, as Administrator of the Estate of ALMA P. CHAPMAN | Plaintiff |
| v. | |
| SSC CONCORD OPERATING COMPANY LLC (dba "Brian Center Health & Retirement/Cabarrus"), a Delaware Limited Liability Company | Defendant |

## JOINT STIPULATION OF DISMISSAL

COME NOW the parties, Timothy H. Chapman, as Administrator of the Estate of Alma P. Chapman, by and through counsel, and SSC Concord Operating Company d/b/a Brian Center Health and Retirement/Cabarrus, by and through counsel, and stipulate that all claims of the Plaintiff against SSC Concord Operating Company LLC d/b/a Brian Center Health & Retirement/Cabarrus as described in the Complaint are due to be dismissed with prejudice, costs taxed as paid. As grounds for said stipulation of dismissal, the parties state as follows:

1. The claims of the Plaintiff have been resolved to the mutual satisfaction of the parties.

WHEREFORE, PREMISES CONSIDERED, Timothy H. Chapman, as Administrator of the Estate of Alma P. Chapman and SSC Concord Operating Company d/b/a Brian Center Health and Retirement/Cabarrus respectfully request this Court dismiss these claims with prejudice, costs taxed as paid.

Respectfully submitted this, the 8th day of May, 2017.

| | |
|---|---|
| PLEASANT LAW, PLLC | HAGWOOD ADELMAN TIPTON PC |
| BY: */s/ Thomas W. Pleasant* | BY: */s/ Michael E. Phillips* |
|     Thomas W. Pleasant (NCBN 28480) |     Michael E. Phillips (NCBN 45198) |
| |     Carl Hagwood (NCBN 43919) |
| |     *Attorneys for Defendant* |

LAW OFFICE OF DAVID PISHKO, P.A.

BY: */s/ Anna Kalarites*
    Anna Kalarites (NCBN 47849)
    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this day served the foregoing document on all of the parties to this cause by:

\_\_\_\_\_ Hand delivering a copy hereof to each party's attorney as listed below

\_\_\_\_\_ Depositing a copy hereof, postage paid, in the United States Mail, addressed to each party's attorney as listed below

\_\_\_\_\_ Depositing a copy hereof with a nationally recognized overnight courier service, for overnight delivery, addressed to each party's attorney as listed below

\_\_\_\_\_ Telecopying a copy hereof to each party's attorney as listed below

\_\_\_\_\_ Electronically filing a copy of hereof with the Court's electronic case filing system which will send electronic mail notification of the filing of the foregoing document to each party's attorney as listed below

  X   Sending via electronic mail to each party's attorney as listed below

    David Pishko (david@davidpishko.com)
    Anna Kalarites (anna@davidpishko.com)
    Law Office of David Pishko, P.A.
    100 North Cherry Street, Suite 510
    Winston-Salem, NC    37101

2

Thomas W. Pleasant (twp@pleasantlaw.com)
Pleasant Law, PLLC
P.O. Box 565
Wrightsville Beach, NC   28480

This, the 8th day of May, 2017.

>*/s/ Michael E. Phillips*
>Michael E. Phillips